# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

IN RE:                                                                 CASE NO.: 18-10101-TPA
                                                                                    CHAPTER 13

**Joseph D. Barnhart,**
  Debtor.

**Alice L Barnhart,**
  Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

                                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                      Attorney for Secured Creditor
                                                      130 Clinton Rd #202
                                                      Fairfield, NJ 07004
                                                      Telephone: 470-321-7112
                                                      Facsimile: 470-321-7112

                                                      By: _\S\Charles Wohlrab_
                                                          Charles Wohlrab, Esquire
                                                          Pennsylvania Bar No. 314532
                                                          Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

JOSEPH D. BARNHART
14978 SOUTH NORRISVILLE ROAD
MEADVILLE, PA 16335

ALICE L BARNHART
14978 SOUTH NORRISVILLE ROAD
MEADVILLE, PA 16335

And via electronic mail to:

FOSTER LAW OFFICES
1210 PARK AVENUE
MEADVILLE, PA 16335

FOSTER LAW OFFICES
1210 PARK AVENUE
MEADVILLE, PA 16335

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

                                                  By: /s/ Oyindamola Odulaja
                                                  Oyindamola Odulaja
                                                  Email: oodulaja@raslg.com