# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | Bankruptcy No. 18-10101-TPA |
| **Joseph D. Barnhart and** | : | |
| **Alice L Barnhart,** | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No.: 92 |
| **Joseph D. Barnhart and** | : | |
| **Alice L Barnhart,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **April 15, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **May 5, 2021 at 11:30 AM** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at
https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current

COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>March 29, 2021</u>

    Respectfully submitted,
    *<u>/s/ Daniel P. Foster, Esquire</u>*
    Daniel P. Foster
    PA I.D. # 92376
    Foster Law Offices
    1210 Park Avenue
    Meadville, PA 16335
    Phone: 814.724.1165
    Fax: 814.724.1158
    Email:<u>dan@mrdebtbuster.com</u>
    Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: March 29, 2021

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

```
Label Matrix for local noticing          Americo FCU                              Northwest Bank
0315-1                                   4101 Main Street                         100 Liberty Street
Case 18-10101-TPA                        Erie, PA 16511-1967                      P.O. Box 337
WESTERN DISTRICT OF PENNSYLVANIA                                                  Warren, PA 16365-0337
Erie
Mon Mar 29 15:40:53 EDT 2021

PRA  Receivables Management LLC          1                                        AT&T Mobility
POB 41067                                U.S. Bankruptcy Court                    PO Box 6416
Norfolk, VA 23541-1067                   U.S. Courthouse, Room B160               Carol Stream, IL 60197-6416
                                         17 South Park Row
                                         Erie, PA 16501-1169


AT&T Mobility II LLC                     Ally Financial                           Ally Financial
%AT&T SERVICES INC.                      Attn: Bankruptcy                         PO Box 130424
KAREN A. CAVAGNARO  PARALEGAL            Po Box 380901                            Roseville MN 55113-0004
ONE AT&T WAY, SUITE 3A104                Bloomington, MN 55438-0901
BEDMINSTER, NJ. 07921-2693


Americo Federal Credit Union             Capital One                              Consumer Portfolio Service
4101 Main Street                         Attn: Bankruptcy                         Attn: Bankruptcy
Erie, PA 16511-1967                      Po Box 30285                             Po Box 57071
                                         Salt Lake City, UT 84130-0285            Irvine, CA 92619-7071


Credit Collections Services              Credit Management, LP                    Department of Education
Attention: Bankruptcy                    Attn: Bankruptcy                         PO Box 16448
725 Canton Street                        Po Box 118288                            St Paul MN 55116-0448
Norwood, MA 02062-2679                   Carrollton, TX 75011-8288


(p)DIRECTV LLC                           Directv, LLC                             Diversified Adjustment Services, Inc
ATTN BANKRUPTCIES                        by American InfoSource LP as agent       P.O. Box 32145
PO BOX 6550                              PO Box 5008                              Fridley, MN 55432-0145
GREENWOOD VILLAGE CO 80155-6550          Carol Stream, IL  60197-5008


Diversified Consultants, Inc.            ERC / Enhanced Recovery Corporation      Eastern Revenue Inc
PO Box 551268                            Attn: Bankruptcy                         998 Old Eagle School Road
Jacksonville, FL 32255-1268              8014 Bayberry Road                       Wayne, PA 19087-1805
                                         Jacksonville, FL 32256-7412


Erie Federal Credit Union                First Energy                             First Premier Bank
1109 East 38th Street                    Revenue Assurance                        601 South Minnesota Avenue
Erie, PA 16504-1845                      5001 NASA Boulevard                      Sioux Falls, SD 57104-4868
                                         Fairmont, WV 26554-8248


Frances Stonedale                        MRS BPO LLC                              Meadville Area Ambulance
11004 Liberty Street Extension           1930 Olney Avenue                        872 Water Street
Meadville, PA 16335                      Cherry Hill, NJ 08003-2016               Meadville, PA 16335-3455


Midland Funding LLC                      National Fuel                            (p)NATIONWIDE INSURANCE
PO Box 2011                              1100 State Street                        SERVICE OF PROCESS TEAM
Warren, MI 48090-2011                    Erie, PA 16501-1912                      THREE NATIONWIDE PLAZA
                                                                                  MAIL CODE 3-11-310
                                                                                  COLUMBUS OH 43215-2410
```

```
(p)NORTHWEST SAVINGS BANK                ONEMAIN                                 Office of the United States Trustee
P O BOX 337                              PO BOX 3251                             Liberty Center.
WARREN PA 16365-0337                     EVANSVILLE, IN. 47731-3251              1001 Liberty Avenue, Suite 970
                                                                                 Pittsburgh, PA 15222-3721


OneMain Financial                        PENNYMAC LOAN SERVICES, LLC             Penelec
Attn: Bankruptcy Department              P.O. BOX 2010                           FirstEnergy
601 Nw 2nd Street                        MOORPARK CA 93020                       101 Crawford's Corner Rd.
# 300                                                                            Bldg. #1 Ste. 1-511
Evansville, IN 47708-1013                                                        Holmdel, NJ 07733-1976


PennyMac Loan Services, LLC              Pennymac Loan Services                  Phelan Hallinan Diamond & Jones LLP
c/o McCabe, Weisberg & Conway, LLC       Attn: Bankruptcy                        1617 JFK Boulevard
Suite 1400                               Po Box 514357                           Suite 1400
123 South Broad Street                   Los Angeles, CA 90051                   Philadelphia, PA 19103-1814
Philadelphia, PA 19109-1060


Plaza Home Mortgage                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Receivables Performance Management
1 Corporate Drive                        PO BOX 41067                            Attn: Bankruptcy
Suite 360                                NORFOLK VA 23541-1067                   Po Box 1548
Lake Zurich, IL 60047-8945                                                       Lynnwood, WA 98046-1548


Source Recovery                          Suburban Propane                        Suburban Propane
Po Box 450                               11341 Mercer Pike                       PO Box 206
Springfield, PA 19064-0450               Meadville, PA 16335-6261                Whippany, NJ 07981-0206


Sunrise Credit Service                   Verizon                                 Verizon
260 Airport Plaza                        Bankruptcy Dept                         by American InfoSource LP as agent
Farmingdale, NY 11735-4021               500 Technology Drive                    PO Box 248838
                                         Suite 550                               Oklahoma City, OK  73124-8838
                                         Saint Charles, MO 63304-2225


Windstream Communications                Alice L Barnhart                        Daniel P. Foster
Attn: Alice Peace                        14978 South Norrisville Road            Foster Law Offices
2 North Main Street                      Meadville, PA 16335-7630                1210 Park Avenue
Greenville, SC 29601-4874                                                        Meadville, PA 16335-3110


Frances Stonedale                        Joseph D. Barnhart                      Ronda J. Winnecour
11004 Liberty St. Ext.                   14978 South Norrisville Road            Suite 3250, USX Tower
Meadville, PA 16335                      Meadville, PA 16335-7630                600 Grant Street
                                                                                 Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DirecTV LLC                              Nationwide Insurance                    Northwest Savings Bank
Attn: Bankruptcies                       1 West Nationwide Boulevard             100 Liberty Street
PO Box 6550                              Columbus, OH 43215                      Warren, PA 16365
Englewood, CO 80155
```

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC        (u)Wilmington Savings Fund Society        (u)Wilmington Savings Fund Society, FSB, d/b/

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56