**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 18-10101-TPA |
| Joseph D. Barnhart and | : |  |
| Alice L. Barnhart, | : |  |
| *Debtors*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| Pennymac Loan Services, LLC, | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Pennymac Loan Services, LLC**
**Incorrect Address:**  **P.O. Box 2010, Moorpark CA 93020**
**Correct Address:**    **P.O. Box 30597, Los Angeles CA 90030-0597**

Respectfully Submitted,

Date:  <u>April 13, 2021</u>

<u>/s/Daniel P. Foster, Esquire</u>
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors