# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 18-10101-TPA |
| **Joseph D. Barnhart and** | : | |
| **Alice L Barnhart,** | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 96 |
| **Joseph D. Barnhart and** | : | |
| **Alice L Barnhart,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on March 29, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than April 15, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: April 16, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>April 16, 2021</u> | *By: /s/ Kristen N. Dennis*<br>Kristen N. Dennis, PARALEGAL<br>FOSTER LAW OFFICES, LLC<br>1210 Park Avenue<br>Meadville, PA 16335<br>Tel 814.724.1165<br>Fax 814.724.1158 |

```
Label Matrix for local noticing          Americo FCU                              Northwest Bank
0315-1                                   4101 Main Street                         100 Liberty Street
Case 18-10101-TPA                        Erie, PA 16511-1967                      P.O. Box 337
WESTERN DISTRICT OF PENNSYLVANIA                                                  Warren, PA 16365-0337
Erie
Mon Mar 29 15:40:53 EDT 2021

PRA  Receivables Management LLC          1                                        AT&T Mobility
POB 41067                                U.S. Bankruptcy Court                    PO Box 6416
Norfolk, VA 23541-1067                   U.S. Courthouse, Room B160               Carol Stream, IL 60197-6416
                                         17 South Park Row
                                         Erie, PA 16501-1169


AT&T Mobility II LLC                     Ally Financial                           Ally Financial
%AT&T SERVICES INC.                      Attn: Bankruptcy                         PO Box 130424
KAREN A. CAVAGNARO  PARALEGAL            Po Box 380901                            Roseville MN 55113-0004
ONE AT&T WAY, SUITE 3A104                Bloomington, MN 55438-0901
BEDMINSTER, NJ. 07921-2693


Americo Federal Credit Union             Capital One                              Consumer Portfolio Service
4101 Main Street                         Attn: Bankruptcy                         Attn: Bankruptcy
Erie, PA 16511-1967                      Po Box 30285                             Po Box 57071
                                         Salt Lake City, UT 84130-0285            Irvine, CA 92619-7071


Credit Collections Services              Credit Management, LP                    Department of Education
Attention: Bankruptcy                    Attn: Bankruptcy                         PO Box 16448
725 Canton Street                        Po Box 118288                            St Paul MN 55116-0448
Norwood, MA 02062-2679                   Carrollton, TX 75011-8288


(p)DIRECTV LLC                           Directv, LLC                             Diversified Adjustment Services, Inc
ATTN BANKRUPTCIES                        by American InfoSource LP as agent       P.O. Box 32145
PO BOX 6550                              PO Box 5008                              Fridley, MN 55432-0145
GREENWOOD VILLAGE CO 80155-6550          Carol Stream, IL  60197-5008


Diversified Consultants, Inc.            ERC / Enhanced Recovery Corporation      Eastern Revenue Inc
PO Box 551268                            Attn: Bankruptcy                         998 Old Eagle School Road
Jacksonville, FL 32255-1268              8014 Bayberry Road                       Wayne, PA 19087-1805
                                         Jacksonville, FL 32256-7412


Erie Federal Credit Union                First Energy                             First Premier Bank
1109 East 38th Street                    Revenue Assurance                        601 South Minnesota Avenue
Erie, PA 16504-1845                      5001 NASA Boulevard                      Sioux Falls, SD 57104-4868
                                         Fairmont, WV 26554-8248


Frances Stonedale                        MRS BPO LLC                              Meadville Area Ambulance
11004 Liberty Street Extension           1930 Olney Avenue                        872 Water Street
Meadville, PA 16335                      Cherry Hill, NJ 08003-2016               Meadville, PA 16335-3455


Midland Funding LLC                      National Fuel                            (p)NATIONWIDE INSURANCE
PO Box 2011                              1100 State Street                        SERVICE OF PROCESS TEAM
Warren, MI 48090-2011                    Erie, PA 16501-1912                      THREE NATIONWIDE PLAZA
                                                                                  MAIL CODE 3-11-310
                                                                                  COLUMBUS OH 43215-2410
```

```
(p)NORTHWEST SAVINGS BANK          ONEMAIN                              Office of the United States Trustee
P O BOX 337                        PO BOX 3251                          Liberty Center.
WARREN PA 16365-0337               EVANSVILLE, IN. 47731-3251           1001 Liberty Avenue, Suite 970
                                                                        Pittsburgh, PA 15222-3721


OneMain Financial                  PENNYMAC LOAN SERVICES, LLC          Penelec
Attn: Bankruptcy Department        P.O. BOX 2010                        FirstEnergy
601 Nw 2nd Street                  MOORPARK CA 93020                    101 Crawford's Corner Rd.
# 300                                                                   Bldg. #1 Ste. 1-511
Evansville, IN 47708-1013                                               Holmdel, NJ 07733-1976


PennyMac Loan Services, LLC        Pennymac Loan Services               Phelan Hallinan Diamond & Jones LLP
c/o McCabe, Weisberg & Conway, LLC Attn: Bankruptcy                     1617 JFK Boulevard
Suite 1400                         Po Box 514357                        Suite 1400
123 South Broad Street             Los Angeles, CA 90051                Philadelphia, PA 19103-1814
Philadelphia, PA 19109-1060


Plaza Home Mortgage                (p)PORTFOLIO RECOVERY ASSOCIATES LLC Receivables Performance Management
1 Corporate Drive                  PO BOX 41067                         Attn: Bankruptcy
Suite 360                          NORFOLK VA 23541-1067                Po Box 1548
Lake Zurich, IL 60047-8945                                              Lynnwood, WA 98046-1548


Source Recovery                    Suburban Propane                     Suburban Propane
Po Box 450                         11341 Mercer Pike                    PO Box 206
Springfield, PA 19064-0450         Meadville, PA 16335-6261             Whippany, NJ 07981-0206


Sunrise Credit Service             Verizon                              Verizon
260 Airport Plaza                  Bankruptcy Dept                      by American InfoSource LP as agent
Farmingdale, NY 11735-4021         500 Technology Drive                 PO Box 248838
                                   Suite 550                            Oklahoma City, OK  73124-8838
                                   Saint Charles, MO 63304-2225


Windstream Communications          Alice L Barnhart                     Daniel P. Foster
Attn: Alice Peace                  14978 South Norrisville Road         Foster Law Offices
2 North Main Street                Meadville, PA 16335-7630             1210 Park Avenue
Greenville, SC 29601-4874                                               Meadville, PA 16335-3110


Frances Stonedale                  Joseph D. Barnhart                   Ronda J. Winnecour
11004 Liberty St. Ext.             14978 South Norrisville Road         Suite 3250, USX Tower
Meadville, PA 16335                Meadville, PA 16335-7630             600 Grant Street
                                                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DirecTV LLC                        Nationwide Insurance                 Northwest Savings Bank
Attn: Bankruptcies                 1 West Nationwide Boulevard          100 Liberty Street
PO Box 6550                        Columbus, OH 43215                   Warren, PA 16365
Englewood, CO 80155
```

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC                (u)Wilmington Savings Fund Society                (u)Wilmington Savings Fund Society, FSB, d/b/

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56