**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-10101-TPA |
| | : | |
| Joseph D. Barnhart AND | : | Chapter 13 |
| Alice L. Barnhart, | : | |
|     Debtors, | : | |
| _____ | : | Related to Docket No: 100 |
| Joseph D. Barnhart AND | : | |
| Alice L. Barnhart, | : | |
|     Movant, | : | |
| | : | |
|     vs. | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |

**CERTIFICATE OF SERVICE**

    I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: June 10, 2021

Respectfully submitted,
/s/ Kathryn Schwartz
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

```
Label Matrix for local noticing          Americo FCU                              Northwest Bank
0315-1                                   4101 Main Street                         100 Liberty Street
Case 18-10101-TPA                        Erie, PA 16511-1967                      P.O. Box 337
WESTERN DISTRICT OF PENNSYLVANIA                                                  Warren, PA 16365-0337
Erie
Thu Jun 10 08:40:07 EDT 2021

PRA  Receivables Management LLC          1                                        AT&T Mobility
POB 41067                                U.S. Bankruptcy Court                    PO Box 6416
Norfolk, VA 23541-1067                   U.S. Courthouse, Room B160               Carol Stream, IL 60197-6416
                                         17 South Park Row
                                         Erie, PA 16501-1169


AT&T Mobility II LLC                     Ally Financial                           Ally Financial
%AT&T SERVICES INC.                      Attn: Bankruptcy                         PO Box 130424
KAREN A. CAVAGNARO  PARALEGAL            Po Box 380901                            Roseville MN 55113-0004
ONE AT&T WAY, SUITE 3A104                Bloomington, MN 55438-0901
BEDMINSTER, NJ. 07921-2693


Americo Federal Credit Union             Capital One                              Consumer Portfolio Service
4101 Main Street                         Attn: Bankruptcy                         Attn: Bankruptcy
Erie, PA 16511-1967                      Po Box 30285                             Po Box 57071
                                         Salt Lake City, UT 84130-0285            Irvine, CA 92619-7071


Credit Collections Services              Credit Management, LP                    Department of Education
Attention: Bankruptcy                    Attn: Bankruptcy                         PO Box 16448
725 Canton Street                        Po Box 118288                            St Paul MN 55116-0448
Norwood, MA 02062-2679                   Carrollton, TX 75011-8288


(p)DIRECTV LLC                           Directv, LLC                             Diversified Adjustment Services, Inc
ATTN BANKRUPTCIES                        by American InfoSource LP as agent       P.O. Box 32145
PO BOX 6550                              PO Box 5008                              Fridley, MN 55432-0145
GREENWOOD VILLAGE CO 80155-6550          Carol Stream, IL  60197-5008


Diversified Consultants, Inc.            ERC / Enhanced Recovery Corporation      Eastern Revenue Inc
PO Box 551268                            Attn: Bankruptcy                         998 Old Eagle School Road
Jacksonville, FL 32255-1268              8014 Bayberry Road                       Wayne, PA 19087-1805
                                         Jacksonville, FL 32256-7412


Erie Federal Credit Union                First Energy                             First Premier Bank
1109 East 38th Street                    Revenue Assurance                        601 South Minnesota Avenue
Erie, PA 16504-1845                      5001 NASA Boulevard                      Sioux Falls, SD 57104-4868
                                         Fairmont, WV 26554-8248


Frances Stonedale                        MRS BPO LLC                              Meadville Area Ambulance
11004 Liberty Street Extension           1930 Olney Avenue                        872 Water Street
Meadville, PA 16335                      Cherry Hill, NJ 08003-2016               Meadville, PA 16335-3455


Midland Funding LLC                      National Fuel                            (p)NATIONWIDE INSURANCE
PO Box 2011                              1100 State Street                        SERVICE OF PROCESS TEAM
Warren, MI 48090-2011                    Erie, PA 16501-1912                      THREE NATIONWIDE PLAZA
                                                                                  MAIL CODE 3-11-310
                                                                                  COLUMBUS OH 43215-2410
```

| | | |
|---|---|---|
| (p)NORTHWEST SAVINGS BANK<br>P O BOX 337<br>WARREN PA 16365-0337 | ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>Attn: Bankruptcy Department<br>601 Nw 2nd Street<br># 300<br>Evansville, IN 47708-1013 | PENNYMAC LOAN SERVICES, LLC<br>P.O. Box 30597<br>Los Angeles CA 90030-0597 | Penelec<br>FirstEnergy<br>101 Crawford's Corner Rd.<br>Bldg. #1 Ste. 1-511<br>Holmdel, NJ 07733-1976 |
| PennyMac Loan Services, LLC<br>c/o McCabe, Weisberg & Conway, LLC<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109-1060 | Pennymac Loan Services<br>Attn: Bankruptcy<br>Po Box 514357<br>Los Angeles, CA 90051 | Phelan Hallinan Diamond & Jones LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Plaza Home Mortgage<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047-8945 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Receivables Performance Management<br>Attn: Bankruptcy<br>Po Box 1548<br>Lynnwood, WA 98046-1548 |
| Source Recovery<br>Po Box 450<br>Springfield, PA 19064-0450 | Suburban Propane<br>11341 Mercer Pike<br>Meadville, PA 16335-6261 | Suburban Propane<br>PO Box 206<br>Whippany, NJ 07981-0206 |
| Sunrise Credit Service<br>260 Airport Plaza<br>Farmingdale, NY 11735-4021 | Verizon<br>Bankruptcy Dept<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Windstream Communications<br>Attn: Alice Peace<br>2 North Main Street<br>Greenville, SC 29601-4874 | Alice L Barnhart<br>14978 South Norrisville Road<br>Meadville, PA 16335-7630 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Frances Stonedale<br>11004 Liberty St. Ext.<br>Meadville, PA 16335 | Joseph D. Barnhart<br>14978 South Norrisville Road<br>Meadville, PA 16335-7630 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DirecTV LLC<br>Attn: Bankruptcies<br>PO Box 6550<br>Englewood, CO 80155 | Nationwide Insurance<br>1 West Nationwide Boulevard<br>Columbus, OH 43215 | Northwest Savings Bank<br>100 Liberty Street<br>Warren, PA 16365 |

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC          (u)Wilmington Savings Fund Society          (u)Wilmington Savings Fund Society, FSB, d/b/

**End of Label Matrix**
**Mailable recipients**    53
**Bypassed recipients**     3
**Total**                  56