**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10101-TPA** |
| | : | **CHAPTER 13** |
| Joseph D. Barnhart AND | : | |
| Alice L. Barnhart, | : | |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO.: 104** |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS,**
**FOR INTERIM COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **July 1, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **August 11, 2021 at 10:00 am** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: June 14, 2021

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR INTERIM COMPENSATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **June 14, 2021**　　　　　　　　　　　　　　*By: /s/ Kathryn M. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KATHRYN M. SCHWARTZ, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10101-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jun 10 13:22:23 EDT 2021 | Americo FCU<br>4101 Main Street<br>Erie, PA 16511-1967 | Northwest Bank<br>100 Liberty Street<br>P.O. Box 337<br>Warren, PA 16365-0337 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | AT&T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Americo Federal Credit Union<br>4101 Main Street<br>Erie, PA 16511-1967 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Consumer Portfolio Service<br>Attn: Bankruptcy<br>Po Box 57071<br>Irvine, CA 92619-7071 |
| Credit Collections Services<br>Attention: Bankruptcy<br>725 Canton Street<br>Norwood, MA 02062-2679 | Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrollton, TX 75011-8288 | Department of Education<br>PO Box 16448<br>St Paul MN 55116-0448 |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | Diversified Adjustment Services, Inc<br>P.O. Box 32145<br>Fridley, MN 55432-0145 |
| Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | ERC / Enhanced Recovery Corporation<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Eastern Revenue Inc<br>998 Old Eagle School Road<br>Wayne, PA 19087-1805 |
| Erie Federal Credit Union<br>1109 East 38th Street<br>Erie, PA 16504-1845 | First Energy<br>Revenue Assurance<br>5001 NASA Boulevard<br>Fairmont, WV 26554-8248 | First Premier Bank<br>601 South Minnesota Avenue<br>Sioux Falls, SD 57104-4868 |
| Frances Stonedale<br>11004 Liberty Street Extension<br>Meadville, PA 16335 | MRS BPO LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Meadville Area Ambulance<br>872 Water Street<br>Meadville, PA 16335-3455 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | National Fuel<br>1100 State Street<br>Erie, PA 16501-1912 | (p)NATIONWIDE INSURANCE<br>SERVICE OF PROCESS TEAM<br>THREE NATIONWIDE PLAZA<br>MAIL CODE 3-11-310<br>COLUMBUS OH 43215-2410 |

```
(p)NORTHWEST SAVINGS BANK          ONEMAIN                                Office of the United States Trustee
P O BOX 337                        PO BOX 3251                            Liberty Center.
WARREN PA 16365-0337               EVANSVILLE, IN. 47731-3251             1001 Liberty Avenue, Suite 970
                                                                          Pittsburgh, PA 15222-3721


OneMain Financial                  PENNYMAC LOAN SERVICES, LLC            Penelec
Attn: Bankruptcy Department        P.O. Box 30597                         FirstEnergy
601 Nw 2nd Street                  Los Angeles CA 90030-0597              101 Crawford's Corner Rd.
# 300                                                                     Bldg. #1 Ste. 1-511
Evansville, IN 47708-1013                                                 Holmdel, NJ 07733-1976


PennyMac Loan Services, LLC        Pennymac Loan Services                 Phelan Hallinan Diamond & Jones LLP
c/o McCabe, Weisberg & Conway, LLC Attn: Bankruptcy                       1617 JFK Boulevard
Suite 1400                         Po Box 514357                          Suite 1400
123 South Broad Street             Los Angeles, CA 90051                  Philadelphia, PA 19103-1814
Philadelphia, PA 19109-1060


Plaza Home Mortgage                (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Receivables Performance Management
1 Corporate Drive                  PO BOX 41067                           Attn: Bankruptcy
Suite 360                          NORFOLK VA 23541-1067                  Po Box 1548
Lake Zurich, IL 60047-8945                                                Lynnwood, WA 98046-1548


Source Recovery                    Suburban Propane                       Suburban Propane
Po Box 450                         11341 Mercer Pike                      PO Box 206
Springfield, PA 19064-0450         Meadville, PA 16335-6261               Whippany, NJ 07981-0206


Sunrise Credit Service             Verizon                                Verizon
260 Airport Plaza                  Bankruptcy Dept                        by American InfoSource LP as agent
Farmingdale, NY 11735-4021         500 Technology Drive                   PO Box 248838
                                   Suite 550                              Oklahoma City, OK  73124-8838
                                   Saint Charles, MO 63304-2225


Windstream Communications          Alice L Barnhart                       Daniel P. Foster
Attn: Alice Peace                  14978 South Norrisville Road           Foster Law Offices
2 North Main Street                Meadville, PA 16335-7630               1210 Park Avenue
Greenville, SC 29601-4874                                                 Meadville, PA 16335-3110


Frances Stonedale                  Joseph D. Barnhart                     Ronda J. Winnecour
11004 Liberty St. Ext.             14978 South Norrisville Road           Suite 3250, USX Tower
Meadville, PA 16335                Meadville, PA 16335-7630               600 Grant Street
                                                                          Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DirecTV LLC                        Nationwide Insurance                   Northwest Savings Bank
Attn: Bankruptcies                 1 West Nationwide Boulevard            100 Liberty Street
PO Box 6550                        Columbus, OH 43215                     Warren, PA 16365
Englewood, CO 80155
```

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC          (u)Wilmington Savings Fund Society          (u)Wilmington Savings Fund Society, FSB, d/b/

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56