**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10101-TPA** |
| | : | **CHAPTER 13** |
| **Joseph D. Barnhart AND** | : | |
| **Alice L. Barnhart,** | : | |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO(S): 104 & 105** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

        The  undersigned  hereby  certifies  that,  as  of  the  date  hereof,  no  Answer,  Objection  or  other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Interim Compensation**, filed on June 14, 2021  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than July 1, 2021.

        It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: July 2, 2021

Respectfully submitted,

/s/ Daniel P. Foster, Esquire

Daniel P. Foster

PA I.D. # 92376

Foster Law Offices

1210 Park Avenue

Meadville, PA 16335

Phone:  814.724.1165

Fax: 814.724.1158

dan@mrdebtbuster.com

Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.


Executed on: July 2, 2021

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-1
Case 18-10101-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Jun 10 13:22:23 EDT 2021

Americo FCU
4101 Main Street
Erie, PA 16511-1967

Northwest Bank
100 Liberty Street
P.O. Box 337
Warren, PA 16365-0337

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438-0901

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Americo Federal Credit Union
4101 Main Street
Erie, PA 16511-1967

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Consumer Portfolio Service
Attn: Bankruptcy
Po Box 57071
Irvine, CA 92619-7071

Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062-2679

Credit Management, LP
Attn: Bankruptcy
Po Box 118288
Carrollton, TX 75011-8288

Department of Education
PO Box 16448
St Paul MN 55116-0448

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL  60197-5008

Diversified Adjustment Services, Inc
P.O. Box 32145
Fridley, MN 55432-0145

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268

ERC / Enhanced Recovery Corporation
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Eastern Revenue Inc
998 Old Eagle School Road
Wayne, PA 19087-1805

Erie Federal Credit Union
1109 East 38th Street
Erie, PA 16504-1845

First Energy
Revenue Assurance
5001 NASA Boulevard
Fairmont, WV 26554-8248

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

Frances Stonedale
11004 Liberty Street Extension
Meadville, PA 16335

MRS BPO LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Meadville Area Ambulance
872 Water Street
Meadville, PA 16335-3455

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

National Fuel
1100 State Street
Erie, PA 16501-1912

(p)NATIONWIDE INSURANCE
SERVICE OF PROCESS TEAM
THREE NATIONWIDE PLAZA
MAIL CODE 3-11-310
COLUMBUS OH 43215-2410

(p)NORTHWEST SAVINGS BANK
P O BOX 337
WARREN PA 16365-0337

ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain Financial
Attn: Bankruptcy Department
601 Nw 2nd Street
# 300
Evansville, IN 47708-1013

PENNYMAC LOAN SERVICES, LLC
P.O. Box 30597
Los Angeles CA 90030-0597

Penelec
FirstEnergy
101 Crawford's Corner Rd.
Bldg. #1 Ste. 1-511
Holmdel, NJ 07733-1976

PennyMac Loan Services, LLC
c/o McCabe, Weisberg & Conway, LLC
Suite 1400
123 South Broad Street
Philadelphia, PA 19109-1060

Pennymac Loan Services
Attn: Bankruptcy
Po Box 514357
Los Angeles, CA 90051

Phelan Hallinan Diamond & Jones LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

Plaza Home Mortgage
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Receivables Performance Management
Attn: Bankruptcy
Po Box 1548
Lynnwood, WA 98046-1548

Source Recovery
Po Box 450
Springfield, PA 19064-0450

Suburban Propane
11341 Mercer Pike
Meadville, PA 16335-6261

Suburban Propane
PO Box 206
Whippany, NJ 07981-0206

Sunrise Credit Service
260 Airport Plaza
Farmingdale, NY 11735-4021

Verizon
Bankruptcy Dept
500 Technology Drive
Suite 550
Saint Charles, MO 63304-2225

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Windstream Communications
Attn: Alice Peace
2 North Main Street
Greenville, SC 29601-4874

Alice L Barnhart
14978 South Norrisville Road
Meadville, PA 16335-7630

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Frances Stonedale
11004 Liberty St. Ext.
Meadville, PA 16335

Joseph D. Barnhart
14978 South Norrisville Road
Meadville, PA 16335-7630

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DirecTV LLC
Attn: Bankruptcies
PO Box 6550
Englewood, CO 80155

Nationwide Insurance
1 West Nationwide Boulevard
Columbus, OH 43215

Northwest Savings Bank
100 Liberty Street
Warren, PA 16365

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PENNYMAC LOAN SERVICES, LLC                    (u)Wilmington Savings Fund Society                    (u)Wilmington Savings Fund Society, FSB, d/b/



End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56