**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10101-TPA** |
| **Joseph D. Barnhart and,** | : | |
| **Alice L. Barnhart,** | : | |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO.: 113** |
| **Alice L. Barnhart,** | : | |
| Movant. | : | |
| vs. | : | |
| | : | |
| **Crawford County Commissioners,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire.** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION TO TERMINATE WAGE ATTACHMENT**

*TO THE RESPONDENT(S):*

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than October 2, 2021, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *Zoom Video Conference Hearing* will be held on October 13, 2021 at 10:00 A.M. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge at 814-464-9760. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures,* dated and effective August 13, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: September 15, 2021

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor/Movant

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Motion to Terminate Wage Attachment, Proposed Order and Notice of Zoom Hearing and Response Deadline Regarding Motion to Terminate Wage Attachment** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **September 15, 2021**　　　　　　　　*By: /s/ Kaitlyn E. Vale*
　　　　　　　　　　　　　　　　　　　　　　　　　Kaitlyn E. Vale
　　　　　　　　　　　　　　　　　　　　　　　　　PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　1210 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

## Matrix

Joseph and Alice Barnhart
14978 South Norrisville Road
Meadville, PA 16335
*Service via U.S. Mail*

Crawford County Commissioners
Care Center
20881 State Highway 198
Saegertown, PA 16433
*Service via Direct Mail*

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*