**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-10101-TPA |
| | : | |
| Joseph D. Barnhart and, | : | Chapter 13 |
| Alice L. Barnhart, | : | |
| Debtors, | : | |
| | : | Related to Docket No: 113 |
| Alice L. Barnhart, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Crawford County Commissioners, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO TERMINATE WAGE ATTACHMENT, filed on September 15, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than October 2, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: October 4, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding the Motion to Terminate Wage Attachment by First-Class Mail, U.S. Postage Paid on the parties below.

Date:  October 4, 2021

By: /s/ *Kaitlyn E. Vale*
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Matrix

Joseph and Alice Barnhart
14978 South Norrisville Road
Meadville, PA 16335
*Service via Direct Mail*

Crawford County Commissioners
Care Center
20881 State Highway 198
Saegertown, PA 16433
*Service via Direct Mail*

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*