Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph D. Barnhart**
**Alice L Barnhart**
**aka Alice L Howell, aka Alice L Brown, aka Alice L Defoe**
  Debtor(s)

Bankruptcy Case No.: 18–10101–TPA
Related to Docket No. 122
Chapter: 13
Docket No.: 123 – 122
Concil. Conf.: 6/7/22 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 2, 2022,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 23, 2022,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **6/7/22** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at https://www.zoomgov.com/j/16021303488.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 16, 2022

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10101-TPA |
| Joseph D. Barnhart | Chapter 13 |
| Alice L Barnhart | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 16, 2022 | Form ID: 213 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph D. Barnhart, Alice L Barnhart, 14978 South Norrisville Road, Meadville, PA 16335-7630 |
| cr | + | Americo FCU, 4101 Main Street, Erie, PA 16511-1967 |
| cr | | Frances Stonedale, 11004 Liberty St. Ext., Meadville, PA 16335 |
| cr | + | Northwest Bank, 100 Liberty Street, P.O. Box 337, Warren, PA 16365-0337 |
| 14770510 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 14883187 | | Department of Education, PO Box 16448, St Paul MN 55116-0448 |
| 14770517 | + | Diversified Adjustment Services, Inc, P.O. Box 32145, Fridley, MN 55432-0145 |
| 14770524 | | Frances Stonedale, 11004 Liberty Street Extension, Meadville, PA 16335 |
| 14770526 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14770525 | + | Meadville Area Ambulance, 872 Water Street, Meadville, PA 16335-3455 |
| 14770529 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14814196 | + | Penelec, FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15344592 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14770532 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14770533 | + | Plaza Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14770535 | + | Source Recovery, Po Box 450, Springfield, PA 19064-0450 |
| 14781440 | + | Suburban Propane, PO Box 206, Whippany, NJ 07981-0206 |
| 14770536 | + | Suburban Propane, 11341 Mercer Pike, Meadville, PA 16335-6261 |
| 14770537 | + | Sunrise Credit Service, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14770539 | + | Windstream Communications, Attn: Alice Peace, 2 North Main Street, Greenville, SC 29601-4874 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2022 23:41:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14770511 | + | Email/Text: g20956@att.com | Mar 16 2022 23:41:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14804748 | + | Email/Text: g20956@att.com | Mar 16 2022 23:41:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14770509 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 16 2022 23:40:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14786151 | | Email/Text: ally@ebn.phinsolutions.com | Mar 16 2022 23:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 213 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14770512 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2022 23:41:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14770513 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 16 2022 23:41:00 | Consumer Portfolio Service, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14770514 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 16 2022 23:41:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14770515 | + | Email/Text: EBN@thecmigroup.com | Mar 16 2022 23:40:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 14770516 | | Email/Text: G06041@att.com | Mar 16 2022 23:41:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14808254 | | Email/Text: G06041@att.com | Mar 16 2022 23:41:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14770518 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 16 2022 23:41:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14770520 | + | Email/Text: bknotice@ercbpo.com | Mar 16 2022 23:41:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14770521 | + | Email/Text: kthomas@eriefcu.org | Mar 16 2022 23:40:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14770522 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 16 2022 23:41:00 | First Energy, Revenue Assurance, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 14770523 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 16 2022 23:41:31 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14803871 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2022 23:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14770527 | + | Email/Text: Bankruptcy@natfuel.com | Mar 16 2022 23:41:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14770528 | + | Email/Text: NWBKR@nationwide.com | Mar 16 2022 23:40:00 | Nationwide Insurance, 1 West Nationwide Boulevard, Columbus, OH 43215-2752 |
| 14809810 | | Email/PDF: cbp@onemainfinancial.com | Mar 16 2022 23:41:42 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14770530 | + | Email/PDF: cbp@onemainfinancial.com | Mar 16 2022 23:41:31 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd Street, # 300, Evansville, IN 47708-1013 |
| 14814391 | | Email/PDF: ebnotices@pnmac.com | Mar 16 2022 23:41:43 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 30597, Los Angeles CA 90030-0597 |
| 14965691 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2022 23:41:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14770531 | | Email/PDF: ebnotices@pnmac.com | Mar 16 2022 23:41:43 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14770534 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 16 2022 23:41:00 | Receivables Performance Management, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14770537 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 16 2022 23:40:00 | Sunrise Credit Service, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14806830 | | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2022 23:41:56 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14770538 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 16 2022 23:40:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 28

| | | | |
|---|---|---|---|
| District/off: 0315-1 | User: auto | | Page 3 of 4 |
| Date Rcvd: Mar 16, 2022 | Form ID: 213 | | Total Noticed: 47 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Wilmington Savings Fund Society |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14770519 | ##+ | Eastern Revenue Inc, 998 Old Eagle School Road, Wayne, PA 19087-1805 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Joint Debtor Alice L Barnhart dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Joseph D. Barnhart dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Edwin W. Smith | on behalf of Creditor Americo FCU esmith@shapiralaw.com |
| Jerome B. Blank | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |
| Kurt L. Sundberg | on behalf of Creditor Northwest Bank jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Marisa Myers Cohen | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |

District/off: 0315-1 User: auto Page 4 of 4
Date Rcvd: Mar 16, 2022 Form ID: 213 Total Noticed: 47
TOTAL: 12