Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joseph D. Barnhart** | : | Case No. 18−10101−TPA |
| **Alice L Barnhart** | : | Chapter: 13 |
| aka Alice L Howell, aka Alice L Brown, aka | : | |
| **Alice L Defoe** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **The 5th of May, 2022,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10101-TPA |
| Joseph D. Barnhart | Chapter 13 |
| Alice L Barnhart | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: May 05, 2022 | Form ID: 309 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph D. Barnhart, Alice L Barnhart, 14978 South Norrisville Road, Meadville, PA 16335-7630 |
| cr | + | Americo FCU, 4101 Main Street, Erie, PA 16511-1967 |
| cr | | Frances Stonedale, 11004 Liberty St. Ext., Meadville, PA 16335 |
| cr | + | Northwest Bank, 100 Liberty Street, P.O. Box 337, Warren, PA 16365-0337 |
| 14770510 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 14883187 | | Department of Education, PO Box 16448, St Paul MN 55116-0448 |
| 14770517 | + | Diversified Adjustment Services, Inc, P.O. Box 32145, Fridley, MN 55432-0145 |
| 14770524 | | Frances Stonedale, 11004 Liberty Street Extension, Meadville, PA 16335 |
| 14770526 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14770525 | + | Meadville Area Ambulance, 872 Water Street, Meadville, PA 16335-3455 |
| 14770529 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty Street, Warren, PA 16365 |
| 14814196 | + | Penelec, FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15344592 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14770532 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14770533 | + | Plaza Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14770535 | + | Source Recovery, Po Box 450, Springfield, PA 19064-0450 |
| 14770539 | + | Windstream Communications, Attn: Alice Peace, 2 North Main Street, Greenville, SC 29601-4874 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 06 2022 03:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14770511 | + | EDI: CINGMIDLAND.COM | May 06 2022 03:33:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14804748 | + | EDI: CINGMIDLAND.COM | May 06 2022 03:33:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14770509 | + | EDI: GMACFS.COM | May 06 2022 03:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14786151 | | EDI: GMACFS.COM | May 06 2022 03:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14770512 | + | EDI: CAPITALONE.COM | May 06 2022 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

Case 18-10101-TPA  Doc 126  Filed 05/07/22  Entered 05/08/22 00:22:36  Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: 309 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14770513 | + | Email/Text: bankruptcy@consumerportfolio.com | May 05 2022 23:32:00 | Consumer Portfolio Service, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14770514 | + | EDI: CCS.COM | May 06 2022 03:33:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14770515 | + | EDI: CMIGROUP.COM | May 06 2022 03:33:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 14770516 | | EDI: DIRECTV.COM | May 06 2022 03:33:00 | DirecTV LLC, Attn: Bankruptcies, PO Box 6550, Englewood, CO 80155 |
| 14808254 | | EDI: DIRECTV.COM | May 06 2022 03:33:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14770517 | ^ | MEBN | May 05 2022 23:29:27 | Diversified Adjustment Services, Inc, P.O. Box 32145, Fridley, MN 55432-0145 |
| 14770518 | + | EDI: DCI.COM | May 06 2022 03:33:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14770520 | + | Email/Text: bknotice@ercbpo.com | May 05 2022 23:32:00 | ERC / Enhanced Recovery Corporation, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14770521 | + | Email/Text: kthomas@eriefcu.org | May 05 2022 23:32:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14770522 | | Email/Text: bankruptcy@firstenergycorp.com | May 05 2022 23:32:00 | First Energy, Revenue Assurance, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 14770523 | + | EDI: AMINFOFP.COM | May 06 2022 03:33:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14770526 | ^ | MEBN | May 05 2022 23:29:21 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14803871 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14770527 | + | Email/Text: Bankruptcy@natfuel.com | May 05 2022 23:32:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14770528 | + | Email/Text: NWBKR@nationwide.com | May 05 2022 23:32:00 | Nationwide Insurance, 1 West Nationwide Boulevard, Columbus, OH 43215-2752 |
| 14809810 | | EDI: AGFINANCE.COM | May 06 2022 03:33:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14770530 | + | EDI: AGFINANCE.COM | May 06 2022 03:33:00 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd Street, # 300, Evansville, IN 47708-1013 |
| 14814391 | | Email/PDF: ebnotices@pnmac.com | May 05 2022 23:45:54 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 30597, Los Angeles CA 90030-0597 |
| 14965691 | | EDI: PRA.COM | May 06 2022 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14770531 | | Email/PDF: ebnotices@pnmac.com | May 05 2022 23:45:56 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14770534 | + | Email/Text: Supportservices@receivablesperformance.com | May 05 2022 23:32:00 | Receivables Performance Management, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14770536 | | Email/Text: _Credit&Collections@suburbanpropane.com | May 05 2022 23:32:00 | Suburban Propane, 11341 Mercer Pike, Meadville, PA 16335 |
| 14781440 | | Email/Text: _Credit&Collections@suburbanpropane.com | May 05 2022 23:32:00 | Suburban Propane, PO Box 206, Whippany, NJ 07981 |
| 14770537 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: 309 | Total Noticed: 47 |

|  |  |  | May 05 2022 23:32:00 | Sunrise Credit Service, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
|---|---|---|---|---|
| 14806830 |  | EDI: AIS.COM | May 06 2022 03:33:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14770538 | + | EDI: VERIZONCOMB.COM | May 06 2022 03:33:00 | Verizon, Bankruptcy Dept, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr |  | Wilmington Savings Fund Society |
| cr |  | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14770519 | ##+ | Eastern Revenue Inc, 998 Old Eagle School Road, Wayne, PA 19087-1805 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Joint Debtor Alice L Barnhart dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Joseph D. Barnhart dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Edwin W. Smith | on behalf of Creditor Americo FCU esmith@shapiralaw.com |
| Jerome B. Blank | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |
| Kurt L. Sundberg | on behalf of Creditor Northwest Bank jrizzo@marshspaeder.com  tsapper@marshlaw.com;r48049@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: May 05, 2022 | Form ID: 309 | Total Noticed: 47 |

Marisa Myers Cohen
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

TOTAL: 12