**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH D. BARNHART<br>ALICE L BARNHART<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>   vs.<br>No Respondents. | Case No.:18-10101 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/06/2018 and confirmed on 08/08/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,576.46 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,571.46 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,500.00 | |
|    Trustee Fee | 3,705.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,205.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 42,824.91 | 0.00 | 42,824.91 |
|     Acct: 7889 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 5,129.96 | 5,129.96 | 0.00 | 5,129.96 |
|     Acct: 7889 | | | | |
|   NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1214 | | | | |
|   AMERICO FCU | 13,247.91 | 13,247.91 | 0.00 | 13,247.91 |
|     Acct: 7588 | | | | |
|   AMERICO FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6222 | | | | |
|   AMERICO FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6223 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2037 | | | | |
|   AMERICO FCU | 1,522.33 | 1,522.33 | 0.00 | 1,522.33 |
|     Acct: 7588 | | | | |
| | | | | 62,725.11 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH D. BARNHART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH D. BARNHART | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX4-21 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 2,640.41 | 0.00 | 2,640.41 |
| Acct: | | | | |
| | | | | 2,640.41 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 438.08 | 0.00 | 0.00 | 0.00 |
| Acct: 3783 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2434 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1261 | | | | |
| DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2484 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 443.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4114 | | | | |
| EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7703 | | | | |
| EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7702 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3396 | | | | |
| FRANCES STONEDALE | 2,436.42 | 0.00 | 0.00 | 0.00 |
| Acct: 2016 | | | | |
| PENELEC/FIRST ENERGY** | 328.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9009 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 3,208.14 | 0.00 | 0.00 | 0.00 |
| Acct: 7403 | | | | |
| RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1927 | | | | |
| SUBURBAN PROPANE | 1,054.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5500 | | | | |
| AT & T MOBILITY II LLC | 3,047.50 | 0.00 | 0.00 | 0.00 |
| Acct: 2697 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 2,270.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 721.89 | 0.00 | 0.00 | 0.00 |
| Acct: 9401 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 850.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ALLY FINANCIAL(*) | 2,840.60 | 0.00 | 0.00 | 0.00 |
| Acct: 2037 | | | | |
| US DEPARTMENT OF EDUCATION | 13,766.69 | 0.00 | 0.00 | 0.00 |
| Acct: 2662 | | | | |
| AMERICO FCU | 10,753.40 | 0.00 | 0.00 | 0.00 |
| Acct: 6222 | | | | |
| AMERICO FCU | 9,033.93 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 18-10101 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEADVILLE AREA AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUBURBAN PROPANE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WINDSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 65,365.52 |
|---|---|---|

TOTAL CLAIMED
PRIORITY                    0.00
SECURED                19,900.20
UNSECURED              51.193.94


Date: 06/01/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com